CHARLES W. MORRIS, Appellant, *v.* CHARLES HOFFERBERTH, Respondent.

*Morris* v. *Hofferberth,* 81 App. Div. 512, affirmed.
(Argued January 16, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 20, 1903, affirming a judgment in favor of defendant entered upon a verdict and an order denying a motion for a new trial.

*Allen J. Hastings* for appellant.

*James H. Waring* for respondent.

Judgment affirmed, with costs, on opinion of MCLENNAN, J., below.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN and HAIGHT, JJ. BARTLETT, VANN and WERNER, JJ., concur in result.

---

JAMES W. B. DAVIE, Appellant, *v.* PETER P. HEAL et al., as Trustees of the UNITED BRETHREN'S CHURCH ON STATEN ISLAND et al., Respondents.

*Davie* v. *Heal,* 86 App. Div. 517, affirmed.
(Argued January 16, 1905; decided January 31, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 7, 1903, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*John L. Hill* and *Robert L. Redfield* for appellant.

*Sidney F. Rawson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.